IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABELINO G. NUNEZ,

    Petitioner,               No. CIV S-09-0926 DAD P

    vs.

JOHN MARSHALL,

    Respondent.             ORDER

                                  /

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        On April 30, 2009, the court granted petitioner leave to file an amended petition. The court will grant petitioner an additional thirty days to comply with that order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's June 5, 2009 motion for appointment of counsel (Doc. No. 6) is denied without prejudice to a renewal of the motion at a later stage of the proceedings; and

/////

1      2. Within thirty days, petitioner shall file his amended petition in accordance with
2 the court's order filed on April 30, 2009.
3 DATED: June 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:mp/4
nune0926.110