IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBELINO G. NUNEZ,

    Petitioner,                    No. CIV S-09-0926 DAD P

    vs.

JOHN MARSHALL,                     ORDER

    Respondent.

_____/

        By order filed April 30, 2009, petitioner's habeas petition was dismissed and thirty days leave to file an amended petition was granted. On June 15, 2009, petitioner's request for the appointment of counsel was denied and petitioner was granted an additional thirty days to file his amended petition. Petitioner has not filed an amended petition and on July 24, 2009, petitioner filed a second request for the appointment of counsel. For the reasons set forth in the court's June 15, 2009 order, the request for appointment of counsel will be denied. The court will also provide petitioner a final extension of time to submit his amended petition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 24, 2009 motion for the appointment of counsel (Doc. No. 8), is denied;

/////

1

1        2. Within thirty days from the service of this order, petitioner shall file his
2 amended petition; and
3        3. Petitioner's failure to file an amended petition in accordance with the court's
4 April 30, 2009 order, will result in the dismissal of this action.
5 DATED: July 29, 2009.

                               /s/ Dale A. Drozd
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

DAD:4
nune0926.ext